# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN WALLER, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-01082-STA-egb |
| | ) | |
| MICHAEL PARRIS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER DIRECTING PETITIONER TO SIGN PETITION
## AND
## DIRECTING CLERK TO SEND FORM

On April 26, 2017, Petitioner, Alvin Waller, Jr., filed a *pro se* habeas corpus petition under 28 U.S.C. § 2254. (ECF No. 1.) The petition is now before the Court for initial review.

A § 2254 petition must be signed "under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner . . . ." Rule 2(c)(5), Rules Governing Section 2254 Cases in the United States District Courts. Waller signed his petition, but did not sign the declaration which appears at the end of the petition form. The declaration states that, under penalty of perjury, the matters recited in the petition are true and correct.

Petitioner is therefore **ORDERED** to sign his § 2254 petition under penalty of perjury within twenty-eight (28) days of the date of entry of this order. At his option, Petitioner may submit only the signature page of the petition form bearing his original, handwritten signature. Failure to comply with this order will result in dismissal of this action without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

The Clerk is **DIRECTED** to send Petitioner a § 2254 habeas corpus petition form.

**IT IS SO ORDERED.**

                                          **s/ S. Thomas Anderson**
                                          S. THOMAS ANDERSON
                                          CHIEF UNITED STATES DISTRICT JUDGE

                                          Date: May 16, 2017